UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
TERENCE THOMAS, etc.,

                      Plaintiff,

      -against-                                          23-cv-10159 (LAK)

TONY D. PIZARRO, et al.,

                      Defendants
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331 and 1332. To the extent that jurisdiction is premised on the latter statute, it fails adequately to allege:

- ☐ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).
- ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).
- ☑ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).
- ☑ The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).
- ☐ The nature and citizenship of one or more business entities.
- ☐ The timely removal of the action from state court.

        Absent the filing, on or before December 2, 2023, of an amended complaint adequately alleging the existence of subject matter jurisdiction under 28 U.S.C. § 1332, the Court will not rely on that statute as a basis of subject matter jurisdiction.

        SO ORDERED.

Dated:      November 21, 2023

                                                               Lewis A. Kaplan
                                                          United States District Judge